UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 17 - CR –10139 – GAO |
| | ) | |
| COREY SMITH | ) | |

## MOTION TO SEAL

Now comes the Defendant, Corey Smith, by his attorney, and hereby requests that this Honorable Court seal the Memorandum in Support of Release on Conditions, as it contains sensitive and confidential material.

                                        COREY SMITH
                                        By his attorney

                                        */s/ Jessica P. Thrall*
                                        Jessica P. Thrall
                                        Federal Defender Office
                                        51 Sleeper Street, 5th Floor
                                        Boston, MA 02210
                                        617 – 223- 8061

## CERTIFICATE OF SERVICE

    I, Jessica P. Thrall, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 6, 2017.

                                        */s/ Jessica P. Thrall*
                                        Jessica P. Thrall