IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COREY SMITH<br><br>          Defendant. | Criminal No.  17-cr-10139-GAO |

**JOINT FINAL STATUS REPORT**

Pursuant to Local Rule 116.5(a), the United States of America and the defendant, Corey Smith, by their undersigned counsel, respectfully submit the following Joint Status Report in the above-captioned matter.

The parties request that the case be transferred to the District Court for a pretrial conference.  The government has produced all discovery and there are no pending discovery requests.  The parties will file any Fed. R. Crim. P. 12(b) motions 30 days before trial.

There are currently 70 days on the speedy trial clock.  The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts, the interests of justice in this case, *i.e.,* review of the case, review of the evidence, investigation, evaluation of discovery, and preparation of dispositive motions outweigh the best interests of the public and the defendants for a trial within 70 days of the return of the indictment.  For these reasons, the parties request that the period from April 26, 2018 (the date scheduled for the final status

conference), through the date of the initial pretrial conference be excluded from Speedy Trial Act computation.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| COREY SMITH, | WILLIAM D. WEINREB<br>Acting United States Attorney |
| By his attorney, | |
| */s/ Jessica P. Thrall*<br>Jessica P. Thrall, BBO # 670412<br>Federal Public Defender Office<br>51 Sleeper Street, 5th Floor<br>Boston, Massachusetts 02210 | By:  */s/ Miranda Hooker*<br>Miranda Hooker, BBO# 661569<br>Assistant U.S. Attorney |

Dated: April 25, 2018

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        */s/ Miranda Hooker*
                                        Miranda Hooker

Dated: April 25, 2018